**FILED**
JUN 04 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR4880-DMS |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| v. | |
| SEBASTIAN GOMEZ-MEDINA, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, upon motion by the United States, that the information in the above-captioned case is dismissed without prejudice. This order is entered in the interest of justice and for the reasons stated in the United States' Motion to Dismiss.

**SO ORDERED.**

Dated: 6-4-20

HONORABLE DANA M. SABRAW
United States District Judge